992 F.2d 326
 West of England Ship Owners Mutual Insurance Ass'n (Luxembourg)
v.
American Marine Corp.; In re American Marine Corp.,American
Marine Holding Co., Oil Transport Co., Inc., Louisiana
Materials Co., Inc., Cajun Crane Co., Aggregate Barges,
Inc., Bayou Fleet, Inc., Frere Co.,Modern Barge Co., Durant
(Leslie), Grand Marine Seneca Barge Co., Inc., Oiseau
Brothers Audubon Co., Durow Corp., Dumur Corp., Noe Barge
Co.; McDermott Intern., Inc. v. Underwriters at Lloyds
 NOS. 92-3244, 92-3622
 United States Court of Appeals,
Fifth Circuit.
 Apr 30, 1993
 E.D.La., 981
 F.2d 749
 
 1
 DENIALS OF REHEARING EN BANC.